# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BEACHVIEW ENERGY SOLUTIONS, LLC,

   *Plaintiff,*

v.

TAMPA ELECTRIC COMPANY,

   *Defendant*.

Civil Action No. _____

## COMPLAINT FOR BREACH OF CONTRACT

Beachview Energy Solutions, LLC ("Beachview") respectfully submits its Complaint for Breach of Contract against Tampa Electric Company ("TECO"), showing the Court as follows:

### THE PARTIES, JURISDICTION, VENUE, AND SERVICE OF PROCESS

1. Beachview is a Georgia limited liability company and a small business. It prides itself on providing superior logistics management, base-camp support services, and rental equipment to government and private clients, especially in times of crisis.

2. Beachview maintains its principal place of business at 2627 Sidney Lanier Drive, Brunswick, Georgia 31525. Its three members are each natural persons and citizens of the State of Georgia, maintaining their principal residences in St. Simons Island, Georgia.

3. TECO is a Florida corporation that maintains its principal place of business at 702 North Franklin Street, Tampa, Florida 33602. It may be served with process upon its registered agent, David Nicholson, at the same address.

- 2 –

4. This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as there is complete diversity between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. As a Florida corporation with a Florida principal place of business and registered agent, TECO is subject to personal jurisdiction before this Court.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) because TECO resides in this judicial district.

## FACTS COMMON TO ALL COUNTS

7. On or about September 2, 2019, Hurricane Dorian hit Grand Bahama Island as a Category 5 hurricane. Dorian then stalled over the Bahamas on September 3, 2019. The devastation caused by the storm was catastrophic, resulting in approximately $3.4 billion in economic damage to the island and killing more than seventy residents. It also severely impacted the energy infrastructure, which is maintained by Grand Bahama Power Company.

8. As a sister company to Grand Bahama Power Company, TECO (owned by the same Canadian parent corporation, Emera Inc.) was called upon to help restore power.

9. As part of that effort, TECO contracted with Beachview to provide storm restoration support services, including a well-provisioned sleeper trailer site and restoration equipment to workers seeking to restore power.

10. Specifically, on or about September 6, 2019, the parties entered into a Master Services Agreement for Storm Restoration Support Services (the "MSA"). The MSA set out the goods and services TECO had requested Beachview to provide, the cost associated with those goods and services, and general terms and conditions governing the parties' relationship. Among

other things, it obligated TECO to pay Beachview's invoices within thirty (30) days following their receipt.

11. The MSA contains confidentiality restrictions. Thus, Beachview has not attached a copy of the contract to this Complaint. However, TECO is in possession of a true and complete copy of the MSA.

12. Beachview faithfully carried out its side of the bargain, supplying TECO with the requested equipment and services under the MSA and engaging in near constant communication with TECO's management.

13. In connection with its work, Beachview submitted the following itemized invoices to TECO pursuant to the MSA, many of which contained sizable built-in conditional discounts for prompt payment:

| Invoice No. | Date | Amount |
|---|---|---|
| TECO2019-01 | 09.01.2019 | $973,413.60 |
| TECO2019-02 | 09.30.2019 | $4,297,316.32 |
| TECO2019-03 | 10.31.2019 | $595,770.01 |
| TECO2019-04 | 11.30.2019 | $30,117.42 |
| TECO2019-05 | 12.03.2019 | $1,449.51 |
| OS-BW-I (One Span Powerline Services LLC) | 10.01.2019 | $29,124.00 |
| | Total | $5,927,190.86 |

14. Over time, TECO paid $4,273,413.60 towards the foregoing invoices, but refused to pay the remainder.

15. Beachview conferred extensively with representatives from TECO regarding the nonpayment, including with TECO's general manager for the project and its senior management.

16. Notwithstanding those efforts, TECO refused and continues to refuse to pay the outstanding balance.

- 4 –

17. On March 23, 2020, Beachview sent a demand for payment to TECO, emphasizing that TECO's failure to pay was forcing Beachview to lay off workers, inhibiting its ability to meet anticipated demand related to the country's coronavirus response.

18. TECO responded on March 27, 2020, and made allusions to perceived "duplicate charges" and "charges associated with actions and decisions made by Beachview that inappropriately increased the amounts billed."

19. The same day, Beachview requested that TECO provide concrete examples or otherwise specify the charges to which it was referring so that Beachview could critically evaluate the assertions.

20. TECO declined to provide the requested information.

21. After months of good faith efforts to resolve the outstanding invoices with TECO, Beachview sent TECO a letter on April 7, 2020, demanding that TECO pay the amounts owed pursuant to the MSA in full.

22. TECO has not paid the amount due.

### COUNT I: BREACH OF THE MSA

23. Beachview incorporates the preceding paragraphs of its pleading as if each was set forth fully herein.

24. The MSA is a valid and binding contract, supported by lawful consideration.

25. Beachview has performed all material obligations it undertook to perform under the MSA, and all conditions precedent to the MSA's enforcement, if any, have been satisfied by Beachview.

26. Pursuant to the MSA, TECO agreed to pay Beachview's invoices within thirty (30) days after receipt.

JOHNSON DABOLL ANDERSON, PLLC

27. Despite Beachview's provision of the goods and services contemplated by the MSA and TECO's receipt of those invoices, TECO has breached the MSA by failing to pay the invoices pursuant to the terms of the parties' agreement.

28. Beachview has been directly and proximately damaged by virtue of the foregoing breach(es) of the MSA in an amount to be proven at trial, but in no event less than $1,836,586.36.

WHEREFORE, Beachview respectfully demands and prays:

(a) that the Court enter judgment in Beachview's favor and against TECO for all damages to which Beachview is entitled;

(b) that the Court award Beachview costs, and pre and post-judgment interest as provided by applicable law; and

(d) that Beachview be awarded such other and further relief as this Court deems just and proper.

Dated: April 20, 2020        Respectfully submitted,

/s/David S. Johnson
David S. Johnson     FBN  096423
**JOHNSON DABOLL ANDERSON, PLLC**
2011 W. Cleveland Street, Suite F
Tampa, Florida 33606
Tel:   (813) 377-2499
Fax:   (813) 330-3156
djohnson@jdalegal.com

-and-

Edward A. Marshall
Ga Bar No. 471533 (*pro hac petition forthcoming*)
**ARNALL GOLDEN GREGORY LLP**
171 17th St. NW, Suite 2100
Atlanta, GA 30363
edward.marshall@agg.com
Tel.:   (404) 873-8536

**Counsel for Plaintiff**