UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEACHVIEW ENERGY SOLUTIONS, LLC,

    Plaintiff,

v.                                                  Case No: 8:20-cv-910-T-36SPF

TAMPA ELECTRIC COMPANY,

    Defendant.
_____/

## ORDER

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Doc. 20). In accord with the Joint Stipulation for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Joint Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 20).

    2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on November 10, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record